IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY OF THE FAMILY BAKER, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:18-CV-341-C-BN |
| | § | |
| CHILD SUPPORT DIVISION and | § | |
| DALLAS COUNTY TEXAS, | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's Motion for Default Judgment is **DENIED**.

**SIGNED** this 17th day of April, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE