IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY OF THE FAMILY BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DALLAS COUNTY TEXAS, et al., ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:18-CV-341-C-BN |

## ORDER

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed March 11, 2019, along with Plaintiff's Specific Written Objection, filed March 25, 2019. The Court also reviewed Defendants' Response to Plaintiff's Objections to Report and Recommendations, filed April 8, 2019. After due consideration, the Court finds that Plaintiff's objections should be **OVERRULED**.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Findings, Conclusions, and Recommendation, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk of Court is **ORDERED** to term this civil action.

SO ORDERED this ___ day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE